UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARK MILLER,

    Plaintiff,

vs.              Case No. 3:11-cv-1016-J-34MCR

ASSET MANAGING GROUP, INC. et al.,

    Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion to Compel Case Participation (Doc. 29) filed February 23, 2012.

On January 10, 2012, the Court granted defense counsel's Motion to Withdraw and indicated that unless Defendant Paul Moise obtained counsel by January 24, 2012, he would be deemed a *pro se* litigant. (Doc. 21). When Mr. Moise failed to obtain counsel, the Court entered an Order informing him of some of the rules of this Court and reminding him that failure to comply with Court's instructions and the Rules of Procedure could result in sanctions. See (Doc. 27).

Since that time, Plaintiff's counsel has tried to contact Mr. Moise in an effort to comply with impending case management deadlines, but Mr. Moise has failed to respond. See (Doc. 29-A, B). While Defendant is proceeding *pro se,* he is still required to participate in the same manner as a defendant that has legal representation. See

Moon v. Newsome, 863 F.2d 835 (11th Cir. 1989).  Despite these requirements, Defendant has failed to participate in litigation.

Accordingly, after due consideration, it is

**ORDERED:**

Plaintiff's Motion to Compel Case Participation (Doc. 29) is **GRANTED.** Defendant Paul Moise shall confer with Plaintiff's counsel in an effort to prepare a Joint Report Regarding Settlement and a Case Management Report no later than **February 28, 2012.**[1]

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  23rd  day of February, 2012.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
Any Unrepresented Party

---

[1] Failure to comply with this Order may result in sanctions, including the entry of a default.